**STINSON LLP**
Zachary Hemenway (NDTX Bar No. 59670MO)
Nicholas Zluticky (*pro hac vice*)
Miranda Swift (*pro hac vice*)
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
nicholas.zluticky@stinson.com
zachary.hemenway@stinson.com
miranda.swift@stinson.com

*Co-Counsel to the Statutory Unsecured Claimholders' Committee of Genesis Healthcare, Inc., et al.*

**PROSKAUER ROSE LLP**
Brian Rosen (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Daniel Desatnik (*pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
ebarak@proskauer.com
ddesatnik@proskauer.com

– and –

Paul V. Possinger (*pro hac vice*)
Jordan Sazant (*pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3570
Email: ppossinger@proskauer.com
jsazant@proskauer.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS HEALTHCARE, INC., *et al*.,[1] | Case No. 25-80185 (SGJ) |
| Debtors. | (Jointly Administered) |

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

GENESIS HEALTHCARE, INC., ITS
AFFILIATED DEBTORS, AND THE
STATUTORY UNSECURED
CLAIMHOLDERS' COMMITTEE OF THE
GENESIS HEALTHCARE, INC.

     Plaintiffs,

  v.

WAX DYNASTY PARTNERS LLC, MAO
22322 LLC

     Defendants.

Adv. Pro. No. 26-08003-SGJ

## NOTICE OF DEPOSITION OF WELLTOWER OP LLC

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, as made applicable to this proceeding by Fed. R. Bankr. P. 7030, the Statutory Unsecured Claimholders' Committee (the "Committee") of Genesis Healthcare, Inc., and its affiliated debtors (collectively, the "Debtors") shall take the deposition of Welltower OP LLC at date and time to be agreed upon by the Committee and Welltower OP LLC via a remote, web-based teleconferencing service. A copy of the deposition topics is attached hereto as **Exhibit A**. The deposition will be continued or adjourned from time to time, or from place to place, until completed.

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by videographic and stenographic means and is being taken for the purpose of discovery, the preservation of testimony, and any other purpose permissible under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure. The deposition will be taken before a duly certified court reporter, a notary public, or other such person authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE that the Committee reserves the right to amend, modify, or supplement this Notice.

2

Dated: June 15, 2026            Respectfully submitted,

**STINSON LLP**

By: /s/ *Zachary H. Hemenway*
Zachary Hemenway (NDTX Bar No. 59670MO)
Nicholas Zluticky (*pro hac vice*)
Miranda Swift (*pro hac vice*)
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
nicholas.zluticky@stinson.com
zachary.hemenway@stinson.com
miranda.swift@stinson.com

– and –

**PROSKAUER ROSE LLP**
Brian Rosen (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Daniel Desatnik (admitted *pro hac vice*)
Elliot Stevens (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
       ebarak@proskauer.com
       ddesatnik@proskauer.com

– and –

Paul V. Possinger (admitted *pro hac vice*)
Jordan Sazant (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3570
Email: ppossinger@proskauer.com
       jsazant@proskauer.com

*Counsel to the Statutory Unsecured Claimholders'*
*Committee of Genesis Healthcare, Inc., et al.*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 15, 2026, the foregoing document and the attached exhibits were electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest in the CM/ECF System. The undersigned further certifies that on June 15, 2026, the foregoing document was electronically served on Welltower OP LLC via email to the addressees below.

Welltower OP LLC
c/o Gibson, Dunn & Crutcher LLP
John T. Cox III, Esq.
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Email: tcox@gibsondunn.com

Welltower OP LLC
c/o Gibson, Dunn & Crutcher LLP
Jeffrey C. Krause, Esq.
Michael G. Farag, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197
Email: jkrause@gibsondunn.com
         mfarag@gibsondunn.com

*/s/ Zachary H. Hemenway*
Zachary H. Hemenway
Counsel for the Committee